ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Markus Edward Hamlett<br><br>_Defendant(s)_ | Case No.<br>3:26-mj-3/HTC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/3/2025-1/31/2026__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 871(a) | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Joseph L. Akos Jr.
_Printed name and title_

Sworn to telephonically before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: February 2, 2026

_____
Judge's signature

City and state: Pensacola, Florida          Hope Thai Cannon, U.S. Magistrate Judge
_Printed name and title_

