IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MARKUS EDWARD HAMLETT
_____/

INDICTMENT

3:26-cr-22/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 30, 2026, in the Northern District of Florida, the defendant,

**MARKUS EDWARD HAMLETT,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States.

In violation of Title 18, United States Code, Section 871.

_____
JOHN P. HEEKIN
United States Attorney

A TRUE BILL:

███████████████████
FOREPERSON

_____
CHRISTOPHER C. PATTERSON
Assistant United States Attorney

DATE  2/18/2026

Returned in open court pursuant to Rule 6(f)

Date  2/18/26

United States Magistrate Judge

FILED USDC FLND PN
FEB 18 '26 PM 4:17